JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | § | Case Number: 19-00008-LT7 |
| **Amber Brittain-Hale aka Amber Hale** | § | |
| | § | Chapter: 7 |
| | § | |
| Debtor | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Nationstar Mortgage LLC d/b/a Mr. Cooper in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper | McCarthy & Holthus, LLP |
| PO Box 619096 | 411 Ivy Street |
| Dallas, TX 75261-9741 | San Diego, CA 92101 |
| | (877) 369-6122 |

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 1/4/2019                                    McCarthy & Holthus, LLP

By:  /s/ Jennifer C. Wong
     Jennifer C. Wong, Esq.,
     Attorneys for Nationstar Mortgage LLC d/b/a
     Mr. Cooper, its assignees and/or successors

M&H File No. CA-19-151623