```
                                                          FILED
Amber Brittain Hale                                    2019 JAN 14  AM 9:52
4769 Las Lunas
San Diego, CA  92127                                   CLERK
amber.brittain@gmail.com                               U.S. BANKRUPTCY CT
858-735-8154                                           SO DIST. OF CALIF
```

In PRO SE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 19-00008-LT7 |
| AMBER BRITTAIN-HALE | Assigned For All Purposes To: Hon. Laura S. Taylor |
| Debtor | **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** (with supporting declaration) [FRCP 1007(c); LR 1007-3] |
| / | |

    On January 3, 2019, I filed for Chapter 7 bankruptcy protection in the above referenced Court. It is case no. 19-00008-LT7. At the time, I filed the initial Petition, the Statement of Social Security Number, confirmation of completion of the pre-filing Credit Counseling form and a matrix of creditors.

    The Meeting of the Creditors is scheduled for February 6, 2019.

    *I respectfully request a <u>45 day extension</u> pursuant to FRCP 1007(c) to file all missing bankruptcy forms and schedules as required by §521(a)(1).*

    Good cause exists as I am searching for a bankruptcy attorney to represent me in the matter including completing the schedules so they comply with the rules of the Court.

    Good cause also exists because if I do not have attorney prepare the schedules and supporting documents for me, I believe that I will be prejudice in my bankruptcy.

---

1

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**
(with supporting declaration) [FRCP 1007(c); LR 1007-3]

2 pgs. 00006 Deb.

I am currently getting referrals for attorneys and will be actively working to retain an attorney.

I fully comply with the Court's Local Rules 1007-3, 9034-1, and 9034-2.

I understand and acknowledge that the denial of his motion or failure to file the required documents by the extended deadline may result in the dismissal of the case and a determination that I am not eligible for any bankruptcy relief for 180 days.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 14, 2019            By: *Amber Brittain-Hale*
                                   AMBER BRITTAIN-HALE
                                   Debtor in Pro Se

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**
(with supporting declaration) [FRCP 1007(c); LR 1007-3]